IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD PATES,<br><br>    Plaintiff,<br><br>  v.<br><br>PFIZER INC.,<br><br>    Defendant / | No. C-06-4720 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of defendants' having filed, on November 13, 2006, an Administrative Motion to Relate Case, by which defendants seek to relate the instant case to In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation, MDL-1699, pending before District Judge Charles R. Breyer, the case management conference is hereby CONTINUED from November 17, 2006 to January 12, 2007. A joint case management statement shall be filed no later than January 5, 2007.

**IT IS SO ORDERED.**

Dated: November 14, 2006

MAXINE M. CHESNEY
United States District Judge