R. Lewis Van Blois, Esq.  sbn 38912
Thomas C. Knowles, Esq.  sbn 40899
Darren J. Van Blois, Esq.  sbn 232583
VAN BLOIS & ASSOCIATES
Airport Corporate Centre
7677 Oakport Street, Suite 565
Oakland, CA  94621
Telephone:  (510) 635-1284
Facsimile:  (510) 635-1516

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 01699-CRB |
| This document relates to: | Case No. C-06-4720 MMC |
| REGINALD GERALD PATES,<br><br>                    Plaintiff,<br>v.<br><br>PFIZER INC.,<br><br>                    Defendant | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. C-06-04720-MMC |

Plaintiff REGINALD GERALD PATES and Defendant PFIZER INC., by and through

the undersigned attorneys, hereby stipulate pursuant to FRCP 41(a) to dismiss this individual

case without prejudice, with each side bearing its own fees and costs.

Stipulation and Order of Dismissal              1

1    If the case is subsequently refiled, it will only be filed in federal court.

2

3

4    Dated: February 12, 2007                          VAN BLOIS & ASSOCIATES

5

6

7                                                      _____
                                                      By:  Darren J. Van Blois,
8                                                     Attorneys for plaintiff Reginald Pates

9

10

11

12   Dated: February 13 , 2007                         GORDON & REES, LLP

13

14

15                                                     _____
                                                      By:  Stuart M. Gordon
                                                      Attorneys for defendant Pfizer Inc.
16

17

18

19   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS**
20   **SO ORDERED.**

21

22   Dated: February  14 , 2007

23

24                                                     Hon. Charles R. Breyer

25                                                     IT IS SO ORDERED

26                                                     Judge Charles R. Breyer

_____
Stipulation and Order of Dismissal              2